UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Clarence Frost and Tammy Frost, *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Klugex, Inc., *d/b/a* Blackhillsgold.direct,<br><br>　　　　Defendant. | File No. 24-cv-1085 (ECT/LIB)<br><br>**ORDER** |

---

　　　Plaintiffs Clarence Frost and Tammy Frost have filed a Notice of Dismissal and a Proposed Order seeking to dismiss this action without prejudice. ECF Nos. 5, 6. Defendant Klugex, Inc., has not filed an answer or motion for summary judgment. Plaintiffs' dismissal is therefore effective as of right—that is, without the need for an order. The action will be administratively terminated.

Date:  April 26, 2024　　　　　　　　　　s/ Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　United States District Court